IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BILLIE FEIGHTNER,                                   No. 3:13-cv-00222-ST

        Plaintiff,                                  ORDER

    v.

ASSET SYSTEMS, INC.,

        Defendant.

Joshua R. Trigsted
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035

        Attorney for Plaintiff

Jeffrey I. Hasson
Davenport & Hasson, LLP
12707 NE Halsey Street
Portland, OR 97230

        Attorney for Defendant

1 - ORDER

HERNÁNDEZ, District Judge:

Magistrate Judge Stewart issued a Findings and Recommendation [35] on February 12, 2014, in which she recommends that the Court should deny Plaintiff's motion for partial summary judgment [19]. Plaintiff timely filed objections to the Findings and Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude that the objections do not provide a basis to modify the recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Stewart's Findings and Recommendation [35]. Therefore, Plaintiff's motion for partial summary judgment [19] is denied.

IT IS SO ORDERED.

DATED this 18 day of APRIL, 2014.

MARCO A. HERNÁNDEZ
United States District Judge

2 - ORDER